814

No. 77–1659.   CHASE MANHATTAN BANK, N. A. v. FINANCE ADMINISTRATION OF THE CITY OF NEW YORK ET AL.   Ct. App. N. Y.;

No. 77–1694.   BENJAMIN FRANKLIN FEDERAL SAVINGS & LOAN ASSN. v. DERENCO, INC.   Sup. Ct. Ore.;

No. 77–1866.   BOSWELL ET AL. v. GEORGIA POWER CO. ET AL. C. A. 5th Cir.; and

No. 78–129.   BRITISH EUROPEAN AIRWAYS v. BENJAMINS ET AL.   C. A. 2d Cir.   The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 77–1819.   VAUGHN ET AL. v. VERMILION CORP.   Ct. App. La., 3d Cir.   The Solicitor General is invited to file a brief in this case expressing the views of the United States. MR. JUSTICE POWELL took no part in the consideration or decision of this order.

No. 78–5040.   SCHAFFER v. ROBINSON, WARDEN; and

No. 78–5152.   HOOD v. WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA.   Motions for leave to file petitions for writs of habeas corpus denied.

No. 77–6458.   CARTER ET AL. v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS;

No. 77–6663.   REYNOLDS v. UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT;

No. 77–6810.   ROBINSON v. BYRNE, U. S. DISTRICT JUDGE;

No. 77–6841.   MORRIS v. LINCOLN NATIONAL LIFE INSURANCE CO.;

No. 77–6894.   MOUNT v. HAIGHT, U. S. DISTRICT JUDGE, ET AL.;

No. 77–6918.   MOUNT v. SIFTON, U. S. DISTRICT JUDGE;

No. 77–6965.   BROWN v. UNITED STATES; and

No. 78–5196.   CLARK v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS.   Motions for leave to file petitions for writs of mandamus denied.